affirmed. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

FLARE REALTY CO., INC., Respondent, v. ATWATER CONSTRUCTION CO., INC., and Others, Defendants, Impleaded with ANTHONY COLARUSSO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

HELEN BENEDEK, Appellant, v. JOHN E. COLE and Another, Respondents.— Order modified by striking out the condition therein contained, and inserting as a condition for the granting of the motion that the defendants pay to the plaintiff within five days from service of order a full bill of costs, including ten dollars costs of motion at Special Term, and as so modified affirmed, with ten dollars costs and disbursements of this appeal to the appellant. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

DAVID BENEDEK, Appellant, v. JOHN E. COLE and Another, Respondents.— Order modified by striking out the condition therein contained and inserting as a condition for the granting of the motion that the defendants pay to the plaintiff within five days from service of order a full bill of costs, including ten dollars costs of motion at Special Term, and as so modified affirmed, with ten dollars costs and disbursements of this appeal to the appellant. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

MICHAEL J. MALONEY, Appellant, v. KNICKERBOCKER ICE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

FANNIE ROSENTHAL, Appellant, v. THOMAS JONES, Respondent.— Order modified by granting motion on condition that defendant pay to the plaintiff within ten days from service of order a full bill of costs, including ten dollars costs of motion at Special Term, and as so modified affirmed, with ten dollars costs and disbursements of this appeal to the appellant. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

VAN PATTEN, INC., Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

WEISS, FRANK & GINTEL, INC., Respondent, v. HERMAN GABBE & BRO., INC., Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with leave to renew after service of the answer in the City Court action. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

CHARLES E. SULLIVAN, Respondent, v. OTTOMANE BANK, Also Known as BANQUE OTTOMANE, Formerly Known as BANQUE IMPERIALE OTTOMANE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of MORRIS LEVY and Another, Appellants, to Determine and Fix Their Fee, and for Other Relief in the Action of JOHN COLEMAN, Plaintiff, v. GRAND CENTRAL WICKER SHOP, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ÆTNA LIFE INSURANCE COMPANY, Respondent, Appellant, v. F. M. MURPHY TRUCKING CORPORATION, Appellant, Respondent.— Order so far as appealed